# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3760

_____

DANIEL C. YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

March 1, 2019

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel C. Young, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.